THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-047-RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| JASON SIEBER SR., | ) | |
| Defendant. | ) | |

THE COURT has considered Jason Sieber's unopposed motion to extend the pretrial motions deadline from September 26 to October 8, 2024, along with the records in this case.

IT IS ORDERED that the pretrial motions deadline shall be continued to October 8, 2024.

DONE this 25th day of September 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Jason Sieber Sr.

ORDER TO CONTINUE
PRETRIAL MOTIONS DEADLINE
(*U.S. v. Sieber*, CR24-047-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100