THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR24-047-RSM |
| Plaintiff, | |
| vs. | ORDER TO SEAL MOTION TO SHOW CAUSE |
| JASON SIEBER, SR., | |
| Defendant. | |

THE COURT has considered Jason Sieber's motion to seal his motion to show cause and its supporting exhibits and finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that the motion to show cause and supporting exhibits be filed under seal.

DONE this 20th day of December 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Jason Sieber, Sr.

ORDER TO SEAL MOTION
TO SHOW CAUSE
(*U.S. v. Sieber,* CR24-047-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100