The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> JASON SIEBER, SR., <br><br> Defendant. | NO. 24-047 RSM <br><br><br><br> ORDER TO SEAL DOCUMENT |

Having read the United States' Motion to Seal and because of the sensitive information contained in the United States' supplemental sentencing memorandum and the attached Exhibit D, it is hereby ORDERED that the United States' supplemental sentencing memorandum and Exhibit D shall remain sealed.

DATED this 9th day of June, 2025.

RICARDO S. MARTINEZ
United States District Judge

Presented by:

*s/ Carolyn Forstein*
CAROLYN FORSTEIN
Assistant United States Attorney

Order to Seal - 1
*United States v.* Sieber / CR24-047 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970