THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR24-047-RSM |
| Plaintiff, | ) | |
| | ) | ORDER TO SEAL DOCUMENT |
| v. | ) | |
| JASON SIEBER, SR., | ) | |
| Defendant. | ) | |

THE COURT has considered Jason Sieber's motion to seal Exhibit 8 relevant to the defense's sentencing memorandum, and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 8 be filed under seal.

DONE this 11th day of June 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Jason Sieber, Sr.

ORDER TO SEAL DOCUMENT
(*United States v. Sieber,* CR24-047-RSM) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**